IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CAROLINE PATTON GRIFFIN, Individually and as Surviving Spouse and Executor of the Estate of LEE DIXON GRIFFIN, JR., | * * * * * | |
| Plaintiff, | * * | CIVIL ACTION FILE |
| vs. | * * | NO. 1:23-CV-03107-TWT |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR MANUFACTURING, TEXAS, INC.; and JIM ELLIS AUTOMOTIVE HOLDINGS, INC., | * * * * * * * * * * | |
| Defendants. | * | |

**PLAINTIFF'S RESPONSE TO
JIM ELLIS AUTOMOTIVE HOLDINGS, INC.'S MOTION FOR
SUMMARY JUDGMENT**

Plaintiff hereby notifies the Court that she does not oppose defendant Jim Ellis Automotive Holdings, Inc.'s Motion for Summary Judgment. ECF 7.

Counsel for Jim Ellis authorizes Plaintiff to represent that Jim Ellis will not seek costs, fees, or any other expenses of litigation.

BUTLER PRATHER LLP

*/s/ Ramsey B. Prather*
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
jim@butlerprather.com
RAMSEY B. PRATHER
Georgia Bar. No. 658395
ramsey@butlerprather.com
DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerprather.com
SARAH R. DALEY
sdaley@butlerprather.com
Georgia Bar No. 644153
P.O. Box 2766
Columbus, GA 31902
Phone: 706-322-1990
Fax: 706-323-2962

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                              BY: */s/ Ramsey B. Prather*
                                      RAMSEY B. PRATHER
                                      Georgia Bar No. 658395
                                      ramsey@butlerprather.com
                                      105 13th Street
                                      Columbus, GA 31901
                                      Phone: (706) 322-1990
                                      Fax: (706) 323-2962

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| Michael R. Boorman<br>Georgia Bar No. 067798<br>mboorman@watsonspence.com<br>Philip A. Henderson<br>Georgia Bar No. 604769<br>phenderson@watsonspence.com<br>WATSON SPENCE LLP<br>999 Peachtree Street NE<br>Suite 1130<br>Atlanta, GA 30309<br><br><br>*Attorneys for the Toyota Defendants* | Wayne S. Melnick<br>Georgia Bar No. 501267<br>wmelnick@fmglaw.com<br>E. Andrew Treese<br>Georgia Bar No. 556850<br>atreese@fmglaw.com<br>Geoffrey F. Calderaro<br>Georgia Bar No. 991159<br>geoffrey.calderaro@fmglaw.com<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339<br><br>*Attorneys for Jim Ellis Automotive Holdings, Inc.* |
|---|---|

This 10th day of August, 2023.

                                          BUTLER PRATHER LLP

                                        */s/ Ramsey B. Prather*
                                        RAMSEY B. PRATHER
                                        Georgia Bar No. 658395
                                        ramsey@butlerprather.com
                                        Post Office Box 2766
                                        Columbus, GA 31902

(706) 322-1990  
(706) 323-2962 (fax)

**Attorney for Plaintiff**

(706) 322-1990  
(706) 323-2962 (fax)

**Attorney for Plaintiff**