IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLINE PATTON GRIFFIN, Individually and as Surviving Spouse and Executor of the Estate of LEE DIXON GRIFFIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR MANUFACTURING, TEXAS, INC.; and JIM ELLIS AUTOMOTIVE HOLDINGS, INC., <br><br> Defendants. | Civil Action File No. 1.23-CV-03107-TWT |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

COMES NOW, Defendant Toyota Motor Sales, U.S.A., Inc.("TMS"), pursuant to Local Rule 26.3(A) and hereby certifies that it has this day served a true and correct copy of the following:

1. Defendant Toyota Motor Sales, U.S.A., Inc.'s First Interrogatories to Plaintiff Caroline Patton Griffin

2. Defendant Toyota Motor Sales, U.S.A., Inc.'s First Interrogatories to Plaintiff Caroline Patton Griffin as Surviving Spouse and Executor of the Estate of Lee Dixon Griffin, Jr.

This 15th day of August, 2023.

                                              WATSON SPENCE LLP

                                              ***/s/ Philip A. Henderson***
                                              Michael R. Boorman
                                              Georgia Bar No.: 067798
                                              Philip A. Henderson
                                              Georgia Bar No.: 604769
                                              999 Peachtree Street NE
                                              Suite 1130
                                              Atlanta, GA 30309
                                              Telephone: 229-436-1545
                                              mboorman@watsonspence.com
                                              phenderson@watsonspence.com

                                              ***Counsel for Defendant Toyota Motor Sales, U.S.A., Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James E. Butler, Jr.
Ramsey B. Prather
Daniel E. Philyaw
Sarah R. Daley
BUTLER PRATHER LLP
P.O. Box 2766
Columbus, GA 31902
jim@butlerprather.com
ramsey@butlerprather.com
dan@butlerprather.com
sdaley@butlerprather.com
*Counsel for Plaintiff*

Wayne S. Melnick
E. Andrew Treese
Geoffrey F. Calderaro
FREEMAN MATHIS & GARY LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
wmelnick@fmglaw.com
atreese@fmglaw.com
geoffrey.calderaro@fmglaw.com
*Counsel for Defendant Jim Ellis Automotive Holdings, Inc.*

This 15th day of August, 2023.

WATSON SPENCE LLP

*/s/ Philip A. Henderson*
Philip A. Henderson
Georgia Bar No.: 604769