# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CAROLINE PATTON GRIFFIN, Individually and as Surviving Spouse and Administrator of the Estate of LEE DIXON GRIFFIN, JR., | * * * * * | |
| Plaintiff, | * * | CIVIL ACTION FILE |
| vs. | * * | NO. 1:23-cv-03107-TWT |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR MANUFACTURING TEXAS, INC.; and JIM ELLIS AUTOMOTIVE HOLDINGS, INC. | * * * * * * * * * * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

COMES NOW, Plaintiff, pursuant to Local Rule 26.3(A) and hereby certifies that she has this day served a true and correct copy of the following:

1. Plaintiff's First Interrogatories to the Toyota Defendants; and

2. Plaintiff's First Requests for Production of Documents to the Toyota Defendants.

Respectfully submitted, this 3rd day of October, 2023.

        BUTLER PRATHER LLP

        */s/ Ramsey B. Prather*
        JAMES E. BUTLER, JR.
        Georgia Bar No. 099625
        jim@butlerprather.com
        RAMSEY B. PRATHER
        Georgia Bar. No. 658395
        ramsey@butlerprather.com
        DANIEL E. PHILYAW
        Georgia Bar No. 877765
        dan@butlerprather.com
        ALLISON B. BAILEY
        Georgia Bar No. 478434
        allison@butlerprather.com
        105 13th Street
        P.O. Box 2766
        Columbus, GA 31902
        Phone: 706-322-1990
        Fax: 706-323-2962

        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Michael R. Boorman<br>Georgia Bar No. 067798<br>mboorman@watsonspence.com<br>Philip A. Henderson<br>Georgia Bar No. 604769<br>phenderson@watsonspence.com<br>WATSON SPENCE LLP<br>999 Peachtree Street NE<br>Suite 1130<br>Atlanta, GA 30309<br><br>*Attorneys for the Toyota Defendants* | Wayne S. Melnick<br>Georgia Bar No. 501267<br>wmelnick@fmglaw.com<br>E. Andrew Treese<br>Georgia Bar No. 556850<br>atreese@fmglaw.com<br>Geoffrey F. Calderaro<br>Georgia Bar No. 991159<br>geoffrey.calderaro@fmglaw.com<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339<br><br>*Attorneys for Jim Ellis Automotive Holdings, Inc.* |

This 3rd day of October, 2023.

BUTLER PRATHER LLP

*/s/ Ramsey B. Prather*
RAMSEY B. PRATHER
Georgia Bar No. 658395
ramsey@butlerprather.com
105 13th Street
P.O. Box 2766
Columbus, GA 31902

3

(706) 322-1990
(706) 323-2962 (fax)
***Attorney for Plaintiff***