IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CAROLINE PATTON GRIFFIN, Individually and as Surviving Spouse and Executor of the Estate of LEE DIXON GRIFFIN, JR., | * * * * * | |
| Plaintiff, | * * | CIVIL ACTION FILE |
| vs. | * * | NO. 1:23-CV-03107-TWT |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR MANUFACTURING, TEXAS, INC.; and JIM ELLIS AUTOMOTIVE HOLDINGS, INC., | * * * * * * * * * * | |
| Defendants. | * | |

## CERTIFICATE OF CONSENT TO WITHDRAW
## SARAH ROSE DALEY AS COUNSEL OF RECORD

Pursuant to Northern District of Georgia Local Rule 83.1(E), Sarah Rose Daley files this Certificate of Consent to Withdraw as Counsel of Record in this case. Ms. Daley worked on this matter while an associate at her former firm and has not performed work on this case since joining her current firm, Swift Currie McGhee & Hiers LLP in September 2023. Ms. Daley's withdrawal will not

prejudice Plaintiff and can be accomplished without material adverse effect on the interests of Plaintiff since attorneys James E. Butler, Jr., Ramsey B. Prather, Daniel E. Philyaw, and Allison B. Bailey of Butler Prather LLP will continue to represent Plaintiff, as they have since the inception of this case. Plaintiff has been advised of the items set forth in LR 83.1(E)(2)(b)(B) through (H). Mrs. Griffin gave her express permission to sign this Certification to her counsel, Ramsey B. Prather.

Respectfully submitted this 13th day of November, 2023.

/s/ *Caroline Patton Griffin*
Caroline Patton Griffin, Plaintiff

BUTLER PRATHER LLP

BY: /s/ *Ramsey B. Prather*
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
jim@butlerprather.com
RAMSEY B. PRATHER
Georgia Bar. No. 658395
ramsey@butlerprather.com
DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerprather.com
ALLISON B. BAILEY
Georgia Bar No. 478434
allison@butlerprather.com
P.O. Box 2766 Columbus, GA 31902 Phone: 706-322-1990
Fax: 706-323-2962
**ATTORNEYS FOR PLAINTIFF**

[Signatures continued on following page]

*/s/ Sarah R. Daley*
SARAH R. DALEY
Georgia Bar No. 644153
sarah.daley@swiftcurrie.com
Swift Currie McGhee & Hiers LLP
1355 Peachtree Street NE Suite 300
Atlanta, GA 30309
(404) 874-6164
(404) 888-6199 (fax)

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

>BY: */s/ Sarah R. Daley*
>SARAH R. DALEY
>Georgia Bar No. 644153
>sarah.daley@swiftcurrie.com
>Swift Currie McGhee & Hiers LLP
>1355 Peachtree Street NE Suite 300
>Atlanta, GA 30309
>(404) 874-6164
>(404) 888-6199 (fax)

## CERTIFICATE OF SERVICE

I certify that this 13th day of November, 2023, **Certificate of Consent to Withdraw as Counsel** was filed with the Clerk of the Court and served on the following via CM/ECF:

| | |
|---|---|
| Michael R. Boorman<br>Georgia Bar No. 067798<br>mboorman@watsonspence.com<br>Philip A. Henderson<br>Georgia Bar No. 604769<br>phenderson@watsonspence.com<br>WATSON SPENCE LLP<br>999 Peachtree Street NE<br>Suite 1130<br>Atlanta, GA 30309<br>229-436-1545<br><br>Bard D. Borkon<br>Bard.borkon@bowmanandbrooke.com<br>Jessica Garrity<br>Jessica.Garrity@bownmanandbrooke.com<br>BOWMAN AND BROOKE, LLP<br>150 South Fifth Street<br>Suite 3000<br>Minneapolis, MN 55402<br>612-339-8682<br><br>*Attorneys for the Toyota Defendants* | Wayne S. Melnick<br>Georgia Bar No. 501267<br>wmelnick@fmglaw.com<br>E. Andrew Treese<br>Georgia Bar No. 556850<br>atreese@fmglaw.com<br>Geoffrey F. Calderaro<br>Georgia Bar No. 991159<br>geoffrey.calderaro@fmglaw.com<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339<br>770-818-0000<br><br>*Attorneys for Jim Ellis Automotive Holdings, Inc.* |

[Signature on following page]

BY: <u>*/s/ Sarah R. Daley*</u>
SARAH R. DALEY
Georgia Bar No. 644153
sarah.daley@swiftcurrie.com
Swift Currie McGhee & Hiers LLP
1355 Peachtree Street NE Suite 300
Atlanta, GA 30309
(404) 874-6164
(404) 888-6199 (fax)
