# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CAROLINE PATTON GRIFFIN, Individually and as Surviving Spouse and Executor of the Estate of LEE DIXON GRIFFIN, JR., | * * * * * | |
| Plaintiff, | * * | CIVIL ACTION FILE |
| vs. | * * | NO. 1:23-CV-03107-TWT |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR SALES U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR MANUFACTURING, TEXAS, INC.; and JIM ELLIS AUTOMOTIVE HOLDINGS, INC., | * * * * * * * * * * | |
| Defendants. | * | |

## CONSENT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

The parties respectfully ask the Court for an extension of the deadlines set forth in the Court's Scheduling Order, which was entered on May 13, 2024. This is the second request for an extension of the Scheduling Order.

Under the Court's May 13, 2024 Scheduling Order (ECF 81), "all dispositive motions, including motions for summary judgment and Daubert motions, shall be filed by November 14, 2024." The parties jointly ask the Court

to extend that deadline.  As good cause for this request, the parties have agreed that Plaintiff may take the deposition of a defense expert witness on November 22, 2024, which was the first date that expert had available to be deposed and which falls after the deadline for filing Daubert motions and motions for summary judgment.

Accordingly, for good cause shown, the Parties respectfully request that the Court amend Paragraph 6 of the May 13, 2024 Scheduling Order (ECF 81) to state:

6. All dispositive motions, including motions for summary judgment and *Daubert* motions, shall be filed by January 3, 2025. All responses are due on January 24, 2025.

Respectfully submitted this 8th day of November, 2024.

        BUTLER PRATHER LLP

        */s/ Ramsey B. Prather*
        JAMES E. BUTLER, JR.
        Georgia Bar No. 099625
        jim@butlerprather.com
        RAMSEY B. PRATHER
        Georgia Bar. No. 658395
        ramsey@butlerprather.com
        DANIEL E. PHILYAW
        Georgia Bar No. 877765
        dan@butlerprather.com
        ALLISON B. BAILEY
        Georgia Bar No. 478434
        allison@butlerprather.com
        CAROLINE SCHLEY

Georgia Bar No. 511349
caroline@butlerprather.com
P.O. Box 2766
Columbus, GA 31902
Phone: 706-322-1990
Fax: 706-323-2962

**ATTORNEYS FOR PLAINTIFF**

WATSON SPENCE LLP

*/s/ Philip A. Henderson*
Michael R. Boorman
Georgia Bar No.: 067798
Philip A. Henderson
Georgia Bar No.: 604769
999 Peachtree Street NE
Suite 1130
Atlanta, GA 30309
Telephone: 229-436-1545
mboorman@watsonspence.com
phenderson@watsonspence.com

Bard Borkon
Admitted Pro Hac Vice
Jessica Garrity
Admitted Pro Hac Vice
Bowman & Brooke LLP
150 South 5 th Street, Suite 3000
Minneapolis, MN 55402
bard.borkon@bowmanandbrooke.com
jessica.garrity@bowmanandbrooke.com

**Counsel for Toyota Defendants**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 8th day of November, 2024.

         BUTLER PRATHER LLP

         */s/ Ramsey B. Prather*
         RAMSEY B. PRATHER
         Georgia Bar No. 658395
         ramsey@butlerprather.com
         105 13th Street
         P.O. Box 2766
         Columbus, GA 31902
         (706) 322-1990
         (706) 323-2962 (fax)
         ***Attorney for Plaintiff***