# EXHIBIT D

HUMAN FACTORS, 1988, 30(4), 507–515

# The Effect of Adding Symbols to Written Warning Labels on User Behavior and Recall

KEYLA FRIEDMANN,[1] *Consultant, Essex Corporation, Westlake Village, California*

*The use of consumer products by 144 college students was studied to determine the effects that (a) adding symbols to written warnings, (b) subjects' familiarity with the product, and (c) type of hazard would have on their noticing, recalling, or complying with the warning. Subjective ratings of perceived confidence, hazardousness, likelihood of injury, and severity of injury were also collected. Across all behavioral measures there was a steady decline in the number of subjects who first noticed (88%), then read (46%), and finally followed the warning (27%). In some conditions, however, compliance levels were as high as 42%. Symbols added to written warning labels did not significantly increase levels of compliance. A significant positive relationship was found between the perceived hazardousness of the product and reading, following, and recalling the warning. Factors affecting the user's motivation to read and follow on-product warnings were also noted.*

## INTRODUCTION

Millions of Americans are injured each year as the result of poorly designed or manufactured products (U.S. Consumer Product Safety Commission, 1982). Today more than ever, people are turning to the courts for restitution for such injuries. Accordingly, products liability has become an increasingly important legal issue in the United States.

According to the Interagency Task Force on Products Liability (1977), 35% of all products liability cases involve manufacturing defects, 37% deal with design defects, and 18% involve warning defects. The principal issue in products liability cases involving warning defects is whether the product failed to contain an adequate warning about the dangers inherent in using the product. Underlying this issue is the assumption that warnings are effective in terms of modifying user behavior. Unfortunately, little empirical research has been conducted to determine the conditions under which warnings are effective (McCarthy, Finnegan, Krumm-Scott, and McCarthy, 1984). If a warning contains the appropriate information to make it legally adequate but the information is presented in such a way that is does not influence consumer behavior, then that warning is virtually useless.

Research has shown that many factors associated with the design of the warning label contribute to a warning being noticed, perceived, and comprehended (Broadbent, 1977; Easterby, Hakiel, and Graydon, 1980; Godfrey, Allender, Laughery, and Smith, 1983; Strawbridge, 1985). Overall, however, very little behavioral research has been conducted

[1] Requests for reprints should be sent to Keyla Friedmann, 1530 Greenfield Ave., Apartment 8, Los Angeles, CA 90025.

© 1988, The Human Factors Society, Inc. All rights reserved.

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

to determine the components of on-product warnings that, when combined, generate effective product warnings (Rothstein, 1985; Strawbridge, 1985; Wogalter, Fontenelle, and Laughery, 1985). Behavioral research—as opposed to survey research—conducted to investigate how a user's perception of a product influences his or her motivation to read an on-product warning is even more scarce.

Another issue that has received little attention is the use of symbols on consumer product warning labels (Easterby et al., 1980). This is surprising in light of the fact that despite their limitations, well-designed symbols have the potential for being universally understood (Mackett-Stout and Dewar, 1981). In addition, studies have shown that pictures are better remembered than their corresponding verbal labels (Paivio and Csapo, 1969, in Seamon, 1980).

Because of the fact that so few studies have explored the usefulness of hazard warning symbols in product labeling, as well as the need for additional research on the properties of on-product warnings that influence conspicuity, user behavior, and recall, a study was conducted that combines these variables and dependent measures. The study specifically addressed the following issues:

(1) Are consumer product warning labels that contain symbols more effective than warning labels that do not contain symbols?
(2) Does the type of image illustrated in the warning symbol (i.e., proactive versus reactive) affect the user's behavior with the product?
(3) Does familiarity with a product or perceived hazardousness of a product affect the user's behavior with the product?
(4) Does the type of precautionary action a user must take before using a product (i.e., wearing safety goggles or a respirator) differentially affect his or her behavior with the product?

The percentages of subjects who noticed,

read, or followed the warning and the number of subjects who recalled the warning information were the measures used to answer these research questions.

The type of warnings studied were those positioned on the back panel of household consumer products.

*Independent Variables*

Labels were varied to examine the influence of adding symbolic warning information to written warning information. There were three types of labels. The first type contained the warning information in written form. The other two types involved adding symbolic warning information in one of two modes: "proactive" or "reactive." The proactive image illustrated the appropriate precautionary action to take to avoid the danger associated with the product. The reactive image showed the potential consequence if the precautionary action was not taken.

The familiarity variable was used to determine whether subjects were less likely to notice or look for a warning on products with which they were familiar. Survey research has indicated that the likelihood of noticing a warning varies inversely with the amount of familiarity with the product (Godfrey and Laughery, 1984). The current study provided a test of whether that finding held true in a situation in which subjects actually interacted with the products.

The hazard-type variable was used to investigate whether differences in the actions subjects had to take to comply with the warnings affected compliance. This variable was based on the specific hazard associated with the product. Each product label warned about either an eye contact hazard or an inhalation hazard. Compliance was measured by observing whether the subjects took the precautionary action associated with

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

each type of hazard: putting on safety goggles or a mask-type respirator.

It was hypothesized that compliance would be greatest among subjects who used products that displayed warnings with a proactive symbol on the back panel. It was also hypothesized that subjects who used a familiar product would notice and read the warning significantly less often than subjects who used an unfamiliar product. No significant differences were expected between the number of subjects who would and would not comply with the warning based on the type of hazard associated with the product. This result was expected because the hazard-type variable had been included to see whether the effects the type of label and familiarity with the product had on compliance would hold up across different types of hazards.

## METHOD

### Design

The main goal of the experiment was to determine the effects of three independent variables on the conspicuity of the warning, compliance with the warning, and recall of the warning information. The experiment was a $3 \times 2 \times 2$ between-subjects design. Each subject was tested on only one combination of the three independent variables, which were the manner of presenting the warning information, product familiarity, and compliance requirements. The dependent measures used were the percentages of subjects who noticed, read, and complied with the warning and the amount of information subjects were able to recall that pertained specifically to the nature of the hazard and the precautionary action associated with the product. In addition, the perceptions users had of the products were assessed by subjective ratings.

### Subjects

A total of 144 undergraduate students at California State University, Northridge, participated in this experiment to partially fulfill the requirements of an introductory psychology course. Six males and six females were used as subjects in each of the twelve experimental conditions.

### Stimulus Materials

*Products.* Based on the results of a pilot study a familiar and an unfamiliar product were selected. Liquid drain opener was the familiar product and wood cleaner was the unfamiliar product. For safety reasons similar nonhazardous substances were substituted for the actual products. Identical 20 fluid ounce metal containers, similar to the type used to hold turpentine, were used for both products.

*Labels.* The front panel on each container displayed the name of the product, its logo, the number of fluid ounces it held, and a message reading "Hazardous: See back panel."

The back panel of each container displayed five sections: a warning message, a promotional paragraph, directions for using the product, a paragraph specifying the uses of the product, and a list of ingredients. The hazard symbols and the written warning used on the product labels for both the drain opener and the wood cleaner are presented in Figure 1. An example of the back panel format of one of the products is provided in Figure 2. The information supplied in the paragraphs was written using simple, short sentences (Broadbent, 1977; Peters, 1984).

The hazard-type variable was included for added generalizability. The two types of hazards were eye contact and inhalation. Selection of these hazards was based on pilot research that indicated subjects would not be

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

HUMAN  FACTORS



Figure 1. *Hazard warning symbols and written warnings used on the back panels of the products.*

significantly more hesitant to use a product that contained one or the other of these hazards.

The written warning message contained a signal word followed by two pieces of information: the nature of the hazard and the pre-



DANGER: Hazardous if inhaled. Wear mask-type respirator when using product.

KIMBLE'S WOOD CLEANER does not build up; it leaves a clean surface that helps resist dust accumulation and helps protect against drying, humidity, and moisture damage.

Directions: Apply KIMBLE'S WOOD CLEANER liberally and uniformly with clean, soft cloth. Wipe with new clean, soft cloth.

Use on all types of natural finished wood including oak, pine, walnut, and fir.

Ingredients: petroleum distillates and 1,1,1 - trichloroethane.

Figure 2. *The Back panel format for the unfamiliar product displaying the proactive symbol and written warning for the inhalation hazard condition.*

cautionary action to be taken before using the product. The warning message was located at the top of the back panel. Selection of this location was based on the finding that warning information is most effective in terms of modifying behavior and inducing recall when it is unembedded and placed at the top of a panel (Strawbridge, 1985).

The back panels of the products containing warning symbols in addition to written warnings were identical to the panels containing just the written warnings except that proactive or reactive symbols were placed in the top right-hand corners of the labels. The symbols on the back panels were 3.2258 cm², thereby occupying 5% of the total label size. Warning symbols are believed to be most conspicuous when they occupy 5% of the entire package area (Easterby et al., 1980).

Selection of the images used as warning symbols was also based on a pilot study. The main criterion used to select the best proactive and reactive symbol for each hazard type was that there could be no significant differences between the comprehensibility of one symbol as opposed to the other.

To summarize, there were two products— liquid drain opener and wood cleaner. Six labels were developed for each product. Three of the six labels warned about eye contact and three warned about inhaling fumes. The way in which the three warnings for the two types of hazards were presented varied: one used only words, another contained words and a proactive symbol, and the third contained words and a reactive symbol.

*Personal protective equipment.* Safety goggles appropriate for protection from chemical splashes and a triangular plastic mask with a cotton shield for the mouth and nose were supplied.

*Experimental workspace.* The strategic placement of the safety equipment (i.e., the

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

safety goggles and respirator) was expected to play an important role in the experiment. The respirator and goggles were placed among similar equipment on a two-tiered cart approximately 2 ft from the designated work area. By placing these items among several others commonly found in a laboratory environment, the protective equipment was made available for use but was not too conspicuous.

### Procedure

To preclude their guessing the true purpose of the experiment, subjects were told that the goal of the study was to determine whether listening to music affects the way people work. All subjects were told that they were in the "no music" condition.

Subjects were tested individually. Participants were given an instruction sheet describing a hypothetical situation in which they were expecting guests and were in a hurry to either unclog a sink or clean an antique wood coal bin. The only substance available to do either task was the product placed in front of them. Each subject was instructed to determine if the product was appropriate to use by reading its back panel where such information was contained in the "uses" section. Once the subjects determined the product was appropriate, they were instructed to use it.

Compliance or noncompliance with the warning was based on whether the subject put on the protective equipment (i.e., either the safety goggles or the respirator). Because these precautionary measures should be taken prior to using the product, the experiment was stopped when the subject removed the lid of the product.

A follow-up questionnaire was verbally administered to each subject to determine whether he or she noticed the warning; read the warning; if not, why the warning was not heeded, and if he or she recalled the specific elements of the warning.

### RESULTS

#### Overall Percentages

Across all experimental conditions, 88% of the subjects noticed the warning on the product label and 46% read the entire warning. However, only 27% followed the warning. Of the subjects, 49% correctly recalled the danger associated with the product and 42% correctly recalled the precautionary action. Across the experimental conditions in which a symbol was present on the back panel, 30% of the subjects noticed the symbol but only 23% correctly described it.

#### Behavioral Data

Chi-square tests were conducted to analyze the effects of two of the independent variables—type of label and type of hazard—on the percentages of subjects who (1) noticed, read, and followed the warning; (2) noticed and recalled the warning *symbol;* and (3) recalled the danger and the precautionary action. For reasons that remain unclear, subjects in the main experiment were not significantly more familiar with drain opener than with wood cleaner, as had been the case in the pilot study. Accordingly, no analyses were conducted on the effects of the third independent variable, familiarity with the product.

Of the 14 chi-square tests conducted only 2 significant relationships were found: between the type of hazard and noticing the symbol, and between the type of hazard and recalling the symbol, $\chi^2(1,N = 96) = 4.94$, $p = .03$, $\phi = 0.25$, and $\chi^2(1,N = 96) = 4.78$, $p = .03$, $\phi = 0.25$, respectively. Subjects both noticed and correctly recalled the symbols depicting the inhalation hazard significantly more often than they noticed or recalled the

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

symbols depicting the eye contact hazard. However, more detailed analyses revealed that this effect was primarily a result of the proactive symbol for inhalation being noticed and recalled more often.

Chi-square analyses conducted on the simple main effects of the proactive and reactive symbols based on the type of hazard revealed only a significant simple main effect for the proactive symbols, $\chi^2(1, N = 48) = 12.8, p = 0.001, \phi = 0.52$. Subjects noticed and recalled the proactive symbol for inhalation significantly more often than they did the proactive symbol for eye contact.

### Users' Perceptions of the Products

During the posttask interview, subjects rated the following dimensions on a 7-point scale (with ratings on the lower end of the scale indicating *not very* or *not very likely* and ratings on the higher end indicating *very* or *very likely:* (1) familiarity with the product, (2) perceived hazardousness of the product, (3) perceived confidence in using the product safely, (4) perceived likelihood of injury as a result of misusing the product, and (5) perceived severity of injury as a result of misusing the product. Eight statistical analyses were performed on each of the measured dimensions. These included a four-way analysis of variance with familiarity, label type, hazard type, and sex as between-subjects variables. In addition, these variables were compared, using $t$ tests, for subjects who did and did not notice, read, and follow the warning, and for those who did and did not notice the symbol and recall the symbol, the danger, and the precautionary action. Only those test results found to be statistically significant for each of the dimensions are discussed.

*Familiarity ratings.* The ANOVA, conducted as a check to confirm that the subjects were significantly more familiar with the drain opener than with the wood cleaner as sub-

jects had been in the pilot study, revealed no significant difference (drain opener: $M = 2.9$; wood cleaner: $M = 2.8$).

*Confidence ratings.* The results of the ANOVA showed significant main effects of hazard type and sex as well as a significant Product Type × Hazard Type interaction. The significant main effect of hazard type, $F(1,120) = 4.54, p = 0.04$, reflected that subjects were more confident about using products with an eye contact hazard ($M = 6.0$) than about using products with an inhalation hazard ($M = 5.5$). The effect of sex, $F(1,120) = 7.82, p = 0.006$, showed that males ($M = 6.1$) were more confident than females ($M = 5.5$) about using products safely.

The significant Product Type × Hazard Type interaction, $F(1,120) = 5.12, p = 0.03$, indicated that there was no difference in the confidence levels of subjects using a wood cleaner containing a warning about either type of hazard ($M = 5.8$) but that the confidence levels of subjects using a drain opener containing an eye contact hazard warning ($M = 6.1$) was significantly higher than the confidence levels of subjects using the same product containing an inhalation hazard warning ($M = 5.2$).

*Hazardousness ratings.* The ANOVA showed significant main effects of product type, label type, and sex, as well as a significant Sex × Product Type interaction. The effect of product type, $F(1,120) = 11.48, p = 0.001$, revealed that drain opener ($M = 4.8$) was perceived as more hazardous than wood cleaner ($M = 3.9$). The effect of label type, $F(2,120) = 3.93, p = 0.02$, showed that the perceived hazardousness of the product was affected by the type of label. A Newman-Keuls test confirmed that products containing written warnings and a symbol were perceived as significantly more hazardous (proactive: $M = 4.6$; reactive: $M = 4.5$) than products containing only a written warning ($M = 3.8$).

The significant main effect of sex, $(F(1,120)$

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

= 4.13, $p$ = 0.04, showed that females ($M$ = 4.6) perceived the products as significantly more hazardous than did males ($M$ = 4.0). In addition, the significant Product Type × Sex interaction, $F(1,120)$ = 4.13, $p$ = 0.04, revealed that males and females had precisely the same perception of the hazardousness of the drain opener. In contrast, males ($M$ = 3.3) and females ($M$ = 4.8) differed greatly in their perception of the hazardousness of the wood cleaner, with females perceiving the wood cleaner as more hazardous.

The results of individual $t$ tests showed that subjects who read the warning perceived the product as significantly more hazardous ($M$ = 4.7) than did those who did not read the warning ($M$ = 4.0), $t(142)$ = 2.59, $p$ = 0.01. Similarly, subjects who followed the warning perceived the product as significantly more hazardous ($M$ = 5.0) than did those who did not follow the warning ($M$ = 4.0), $t(142)$ = 3.16, $p$ = 0.001.

Individual $t$ tests performed on the hazardousness data for those recalling the danger and for those recalling the precautionary action both yielded significant results, $t(142)$ = 1.95, $p$ = 0.05, and $t(142)$ = 2.66, $p$ = 0.009, respectively. The subjects who recalled the danger perceived the product as significantly more hazardous ($M$ = 4.6) than did those who did not recall it ($M$ = 4.0). Similarly, those who recalled the precautionary action perceived the product as significantly more hazardous ($M$ = 4.7) than did those who did not ($M$ = 4.0).

*Likelihood of injury ratings.* The results of the ANOVA revealed two significant main effects. The effect of hazard type, $F(1,120)$ = 10.26, $p$ = 0.002, showed that subjects believed it was significantly more likely for an accident to occur when not wearing the mask-type respirator ($M$ = 4.3) than when not wearing safety goggles ($M$ = 3.5). The effect of sex, $F(1,120)$ = 6.4, $p$ = 0.01, revealed that females ($M$ = 4.3) believed it was more likely for an accident to occur when not wearing the protective equipment when using a product than did males ($M$ = 3.6).

The $t$ test for following the warning was found to be significant, $t(142)$ = 2.17, $p$ = 0.03. Evidently subjects who followed the warning believed that an accident was significantly more likely to occur if the protective equipment was not worn ($M$ = 4.4) than did those who did not follow the warning ($M$ = 3.8).

*Severity of injury ratings.* The results of the ANOVA showed only a main effect of hazard type, $F(1,120)$ = 16.83, $p$ = 0.0001. Subjects believed an eye injury ($M$ = 5.7) would be significantly more severe than an injury resulting from inhaling vapors from either of the products ($M$ = 4.9).

## DISCUSSION

The goal of this study was to examine some of the factors that influence whether people notice, read, and follow a warning placed on a consumer product. The results indicated that in 88% of the cases subjects did notice the warning. Unfortunately, this did not always result in reading the warning. Only slightly more than 50% of those who noticed it went on to read the entire warning. The factor found to influence most heavily whether a user would read the warning was the perceived hazardousness of the product. The more hazardous a product was perceived to be the more likely it was that the user would read the warning. Other factors such as how confident a user was about using the product safely, the perceived likelihood of being injured, the perceived severity of an injury should an accident occur, the type of label displayed on the product, and the type of hazard associated with the product did not significantly influence whether a user read the warning.

One of the main problems related to warning effectiveness seems to be getting the user

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

to read the warning. Compliance with warnings also seems to be a problem. In this study about 60% of the users who read the warning also followed the warning. The addition of a symbol to a written warning was used in an attempt to increase the number of these who would read the warning. It did not prove to be significantly effective, however.

The results of this study, similar to those of Strawbridge (1985), indicated that once users realized they were reading a warning, they tended to skip to the "uses" section. Almost 20% of the subjects in this study read only the first sentence of the warning. When queried about why they stopped reading the warning section, the majority of subjects stated that they were not interested in learning about the dangers of the product but wanted to know what the product could be used for (which was part of the experimental task). Apparently the subjects' mind-set was simply to use the product, not to use the product safely.

The finding that many users perceived the warning information as unimportant may result, in part, from the fact that the first sentence of the warning contained "noncritical" warning information (e.g., DANGER: Hazardous to the eye). This fact has striking human factors design implications. Simply stated, the most critical warning information—that is, the information regarding how a person can protect himself or herself—should be presented first. For example, the eye contact hazard warning used in this experiment should have read "DANGER: Wear safety goggles when using product. Hazardous to the eye." instead of "DANGER: Hazardous to the eye. Wear safety goggles when using product." It should be noted that this design recommendation is in sharp contrast to the recommendations made by at least one respected manual on designing safety signs and labels (FMC, 1980). Guidelines in this manual call for placing the instructions on how to avoid the hazard at the bottom of the label.

The study also revealed that once users had read the warning, several factors influenced whether they acted upon the warning information. Again, the perceived hazardousness of the product played a major role. The more hazardous the product was perceived to be, the more likely users were to comply with the warning. In addition, a symbol placed on the product's label significantly increased the perceived hazardousness of the product. This effect, however, did not translate into a significant increase in subject compliance. Perhaps there is a certain threshold above which users will comply with a warning based on their perceived hazardousness of the product. In this experiment subjects perceived the products with warning symbols on the labels as significantly more hazardous than products with written warnings only, but in many cases this difference was not great enough to make them take precautionary measures.

The perceived likelihood of being injured when using the product was another significant factor that influenced whether users followed the warning. The more likely users thought it was that they could be injured, the more likely they were to follow the warning.

Comments by the subjects revealed that the majority (65%) of those who read the warning but did not follow it thought the product was hazardous but also felt that if they used the product in what they considered to be a safe manner they would not be hurt. For both types of hazards this notion basically meant holding the product at a "reasonable" distance. Whether this attitude is based on the type of person using the product or is in some way generated by the type of warning presented on the product is unknown.

Placing the critical warning information

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

first and adding a well-designed symbol to the warning label are two changes that can be made to the design of many consumer product warnings. These changes may increase the perceived hazardousness of the product and increase the probability that salient information will be read. Thus both of these design recommendations might serve to increase the number of users who read and follow the warning.

One unexpected finding worth noting was that one of the four warning symbols in this study—the proactive symbol for inhalation—was noticed and recalled significantly more often than the other symbols. It is theorized that this symbol was more conspicuous because of its better graphic qualities. This finding serves to emphasize the need for extensive testing of warning symbols prior to their placement on products.

Despite the steady decline in the number of subjects who noticed (88%), read (46%), and the followed (27%) the warning, one of the most important conclusions that can be drawn from this study is that contrary to conclusions drawn by McCarthy, Finnegan, Krumm-Scott, and McCarthy (1984), warnings can be effective in modifying user behavior. This statement is supported by the fact that 59% of the subjects who read the warning acted upon the information. For all intents and purposes, the subjects who neither read nor acted on the warnings serve (in an ad hoc fashion) as a control group representing the condition in which no warnings were placed on the products. It should be noted that under varying conditions, levels of compliance ranged from 8% (for both the written eye contact hazard warning for drain opener and the proactive eye contact hazard warning for wood cleaner) to 42% (for the proactive eye contact hazard warning for drain opener, the reactive inhalation hazard warning for drain opener, and the written and proactive inhalation hazard warnings for wood cleaner).

## ACKNOWLEDGMENTS

This research was conducted to partially satisfy the requirements for the degree of master of arts in psychology (human factors applied experimental) at California State University, Northridge. I would like to thank Dr. Mark Sanders for his invaluable assistance throughout this research endeavor.

## REFERENCES

Broadbent, D. (1977). Language and ergonomics. *Applied Ergonomics, 8*, (1), 15–18.

Easterby, R., Hakiel, S., and Graydon, I. (1980). *Safety sign conspicuity: The effect of sign size and position on detection* (Tech. Report 89). Birmingham, England: University of Aston, Applied Psychology Department.

FMC Corporation. (1980). *Product safety sign and label system* (3rd ed.) Santa Clara, CA: Author.

Godfrey, S., Allender, L., Laughery, K., and Smith, V. (1983). Warning messages: Will the consumer bother to look? In *Proceedings of the Human Factors Society 27th Annual Meeting* (pp. 950–954). Santa Monica, CA: Human Factors Society.

Godfrey, S., and Laughery, K. (1984). The biasing effects of product familiarity on consumers' awareness of hazard. In *Proceedings of the Human Factors Society 29th Annual Meeting* (pp. 483–486). Santa Monica, CA: Human Factors Society.

Interagency Task Force on Products Liability. (1977). Final Report II-54. Washington, DC: Department of Commerce.

Mackett-Stout, J., and Dewar, R. (1981). Evaluation of public information signs. *Human Factors, 23*, 139–151.

McCarthy, R., Finnegan, J., Krumm-Scott, S., and McCarthy, G. (1984). Product information presentation, user behavior, and safety. In *Proceedings of the Human Factors Society 28th Annual Meeting* (pp. 81–85). Santa Monica, CA: Human Factors Society.

Peters, G. (1984, May). Fifteen cardinal principles to ensure effectiveness of warning systems. *Occupational Health and Safety*, pp. 76–79.

Rothstein, P. (1985). Designing warnings to be read and remembered. In *Proceedings of the Human Factors Society 29th Annual Meeting* (pp. 684–688). Santa Monica, CA: Human Factors Society.

Seamon, J. (1980). *Memory and cognition: An introduction.* New York: Oxford University Press.

Strawbridge, J. (1985). *The influence of position, highlighting, and imbedding on warning effectiveness.* Unpublished master's thesis, California State University, Northridge.

Wogalter, M., Fontenelle, G., and Laughery, K. (1985). Behavioral effectiveness of warnings. In *Proceedings of the Human Factors Society 29th Annual Meeting* (pp. 679–683). Santa Monica, CA: Human Factors Society.

U.S. Consumer Product Safety Commission. (1982). *NEISS Data Highlights* (Vol. 6, No. 3). Washington, DC: Author.

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016

Downloaded from hfs.sagepub.com at MOUNT ALLISON UNIV on March 30, 2016