# EXHIBIT 5

**From:** Bard Borkon
**Sent:** Wednesday, May 20, 2026 3:05 PM
**To:** Ramsey Prather
**Cc:** Jim Butler; Sarah Andrews; Yvonne Viehman; Joel Smith
**Subject:** RE: Griffin: Executed Settlement Agreement

Ramsey,

This confirms our receipt of the executed Settlement Agreement.

Thank you,

**Bard D. Borkon**
Executive Managing Partner
+1 612-672-3241 | Bard.Borkon@bowmanandbrooke.com

---

**From:** Ramsey Prather <ramsey@butlerprather.com>
**Sent:** Wednesday, May 20, 2026 2:44 PM
**To:** Joel Smith <Joel.Smith@bowmanandbrooke.com>; Bard Borkon <Bard.Borkon@bowmanandbrooke.com>
**Cc:** Jim Butler <jim@butlerprather.com>; Sarah Andrews <sarah@butlerprather.com>
**Subject:** Griffin: Executed Settlement Agreement

Mr. Smith and Mr. Borkon:

Please find attached the executed settlement agreement in Griffin v. Toyota.

Thanks.

Ramsey Prather

Ramsey B. Prather
Butler Prather LLP